# PD-1074-15

PD. _____

IN THE TEXAS COURT OF CRIMINAL APPEALS
AT AUSTIN, TEXAS

ANTONIO BERMUDEZ- Petitioner,

V.

THE STATE OF TEXAS- Respondent.

## MOTION FOR EXTENSION OF TIME TO FILE
## PETITION FOR DISCRETIONARY REVIEW

TO THE HONORABLE JUDGES OF THE COURT OF CRIMINAL APPEALS:

Petitioner Antonio Bermudez hereby respectfully request an extension of time to file his PDR. Petitioner did not receive a copy of the Court of Appeals opinion affirming his conviction until August 10, 2015. The opinion was issued on July 28, 2015. Petitioner is in the process of trying to secure private counsel to prepare and file his PDR. Should he be unsuccessful, then Petitioner would like to have time to prepare and file a pro se PDR.

This motion is made in good faith and not merely for dilatory purposes.

Wherefore, Petitioner request that the Court will grant him up to and including October 28, 2015 to file his pro se PDR if Petitioner is unable to retain private counsel.

Dated: August 13, 2015

by _____
Antonio Bermudez

CERTIFICATE OF SERVICE

I hereby certify that I mailed a true and correct copy of the foregoing to the Harris County District Attorney, 1201 Franklin, Ste. 600, Houston, TX 77002-1923 via U.S. mail.

Dated: August 13, 2015

by _____
Antonio Bermudez